**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEREMY ECKLES, and EDWARD RISHER on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-04188 |
| GRAYSLAKE AUTOS LLC, SCOTT FALCONE, individually, ROBERT D. WATSON, individually, and FLAG CHEVROLET INC. | ) ) ) ) ) ) | Honorable Maria Valdez |
| Defendants. | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, AND FOR APPROVAL OF <u>SERVICE AWARDS AND ATTORNEYS' FEES AND COSTS</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Settlement, for Appointment of Settlement Administrator, and For Approval of Service Awards and Attorneys' Fees and Costs and the supporting exhibits, including the Joint Stipulation of Settlement, the Declaration of Douglas M. Werman, and the Declaration of Joseph A. Fitapelli, Plaintiffs respectfully request that the Court enter an Order:

(1) approving the $247,079.47 Settlement set forth in the Joint Stipulation of Settlement and incorporating the terms of the Joint Stipulation of Settlement;

(2) approving Service Awards to Named Plaintiffs Jeremy Eckles and Edward Risher in an amount not to exceed Two Thousand, Five Hundred Dollars ($2,500.00), each;

(3) approving Plaintiffs' request for $174,519.86 in attorneys' fees and reimbursement of $1,394.42 in litigation expenses;

(4) appointing Analytics Consulting, LLC as the Settlement Administrator and approving the request an amount not to exceed $5,000.00 for settlement administration fees and costs; and

(5) dismissing this action without prejudice, and providing that if no motion is filed on or before sixty (60) days after Defendants have funded the Settlement Fund, the dismissal without prejudice will convert to a dismissal with prejudice, without further order of the Court.


Dated:  September 20, 2019

Respectfully submitted,

/s/Douglas M. Werman
One of the Attorneys for Plaintiffs

Douglas M. Werman (dwerman@flsalaw.com)
Maureen A. Salas (msalas@flsalaw.com)
**WERMAN SALAS P.C.**
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

*Attorneys for Plaintiffs*

2