IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY ECKLES, and EDWARD RISHER, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 18 C 4188 |
| GRAYSLAKE AUTOS LLC; SCOTT FALCONE, individually; ROBERT D. WATSON, individually; and FLAG CHEVROLET INC., | ) ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) ) ) | |

**ORDER APPROVING SETTLEMENT, APPOINTING SETTLEMENT ADMINISTRATOR, APPROVING SERVICE AWARDS AND <u>ATTORNEYS' FEES AND COSTS</u>**

The above-entitled matter came before the Court on Plaintiffs' Unopposed Motion For Approval of Settlement, For Appointment of Settlement Administrator, and For Approval of Service Awards and Attorney's Fees and Costs. Having considered Plaintiffs' Motion and supporting Memorandum and exhibits, including the Parties' Joint Stipulation of Settlement, the Court hereby GRANTS Plaintiffs' Motion and ORDERS as follows:

1. The settlement in this Fair Labor Standards Act action is fair, reasonable, and just. The settlement is approved, and the terms of the Parties' Joint Stipulation of Settlement are incorporated herein.

2. The Service Payments to Named Plaintiffs are approved.

3. Plaintiffs' request for attorneys' fees and litigation expenses is granted.

4. Analytics Consulting LLC is appointed as the Settlement Administrator. Defendants shall pay the Settlement Administrator separately from the Gross Settlement Fund.

5. This case is dismissed without prejudice. If no motion is filed on or before sixty (60) days after Defendants have funded the Settlement Fund, the dismissal without prejudice will convert to a dismissal with prejudice, without further order of the Court.

6. The Court will retain jurisdiction with respect to the interpretation, implementation and enforcement of the terms of this Joint Stipulation and all orders and judgments entered in connection therewith.

7. The parties shall abide by all terms of the Joint Stipulation of Settlement, which are incorporated herein, and this Order.

**SO ORDERED.**   **ENTERED:**

**DATE:    September 26, 2019**   _____
**HON. MARIA VALDEZ**
**United States Magistrate Judge**